

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: ARMANDO MADRID, | § | No. 08-15-00330-CR |
| Relator. | § | ORIGINAL PROCEEDING |
|  | § | ON PETITION FOR WRIT OF |
|  | § | MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Martin Muncy, Judge of the 109th District Court of Andrews County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 10TH DAY OF NOVEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.